UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTORIA TRINIDAD,

            Plaintiff,

-v-

SENSIO, INC.,

            Defendant.

23-CV-7085 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    There is already an open order of reference to Judge Lehrburger for settlement purposes in this case. (ECF No. 24.) Counsel for the parties are directed to contact Judge Lehrburger's chambers promptly to schedule a further settlement conference.

    Given that discovery is complete, the parties are directed to file a Joint Pretrial Order on or before October 1, 2025, in accordance with this Court's Individual Rules and Practices. By the same date, the parties shall file a joint letter with proposed dates for the jury trial in this case between November 2025 and May 2026.

    SO ORDERED.

Dated: August 8, 2025
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge